United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 25 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Faith Chibugo Njoku
Plaintiff,

v

Case Number: 1:21-CV-00765-MLB

IAT, LLC
Defendant,

Amended Complaint & Notice to Correct Plaintiff's Phone Number and Defendant's Name

On this day February 25th 2021, Plaintiff is filing a motion to amend complaint, correct defendant's name and correct plaintiff's phone number.

Defendants Name: IAT, LLC
Amended complaint, Demand $15,000.00
Defendants Address: 4953 Presidents Way Tucker GA 30084
Plaintiff's phone number: 404-933-5596