RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 23 2021
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

**Faith Chibugo Njoku**
Plaintiff,

v

Case Number: 1:21-CV-0765

Defendant, Milo Pinckney International Education Mgmt Resources LLC / International Medical Graduate Clerkships / Educational Logistics / IAT, LLC / Presidents Way Limited Holdings LLC

## Complaint

On February 23rd 2021, plaintiff Faith Chibugo Njoku filed a motion to file a civil suit based on violation of civil rights Rule 448 Education and 370 other fraud, and section 360 other personal injury. I have presented the above mentioned entity through their university the American University of Integrative Sciences with proof and evidence of fraudulently recruiting me as a medical transfer student withholding their university does not have it's accreditation. Per the accreditation board medical schools applying for CAAM-HP accreditation are not allowed to recruit medical students. I am requesting the financial amount that I paid be returned to me in full. I have other student witnesses who can testify to this knowledge as well. The total amount I am requesting including personal injuries while enrolled at their medical school is 25,000.00 21,754.00 dollars personally paid by me excluding scholarships and pay for personal injury