United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 0 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Faith Chibugo Njoku
Plaintiff,

v

Case Number: 1:21-cv-00765 MLB

International Education Mgmt Resources LLC
Defendant, International Medical Graduate Clerkships
Educational Logistics
IAT, LLC
Presidents Way Limited Holdings, LLC
Milo Pinckney

## Amendment: Change of Address

On this day April 20th 2021, plaintiff request to amend case to update address change to 3200 Lenox Road Apt C410 Atlanta, GA 30324.