04/20/21

United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 20 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Faith Chibugo Njoku
Plaintiff,

v

Case Number: 1:21-cv-00765-MLB

International Education Mgmt Resources LLC
Defendant, International Medical Graduate Clerkships
Educational Logistics
IAT, CLC
Residents Way Limited Holdings, LLC
Milo Pinckney

Motion to Consolidate

On this day April 20th 2021, plaintiff requests to file a motion to consolidate case # 1:21-cv-00796-MLB for reasons the prior motion to amend case was requested inappropriately by plaintiff and the case is the same with listed defendant(s).