**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Faith Chibugo Njoku,<br><br>                Plaintiff,<br><br>vs.<br><br>Milo Pinckney, et al,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-765-MLB |

### J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated at Atlanta, Georgia, this 23rd day of April, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:   s/J. Acker
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 23, 2021
James N. Hatten
Clerk of Court

By:  s/J. Acker
       Deputy Clerk